Apolinar SANCHEZ–GONZALEZ,
Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 14–73110

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2016 *

FILED June 21, 2016

Gloria Lopez, Attorney, Law Office of Gloria Lopez, San Francisco, CA, for Petitioner.

Liza Murcia, Attorney, Colette Jabes Winston, Esquire, Attorney, OIL, Anthony Cardozo Payne, Senior Litigation Counsel, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Apolinar Sanchez–Gonzalez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal and relief under the Convention Against Torture ("CAT").

We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009), and we deny the petition for review.

Substantial evidence supports the agency's determination that Sanchez–Gonzalez failed to establish a nexus between any harm he fears in Mexico and a protected ground. *See Parussimova v. Mukasey*, 555 F.3d 734, 740 (9th Cir. 2009) (the REAL ID Act "requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"); *Molina–Morales v. INS*, 237 F.3d 1048, 1051–52 (9th Cir. 2001) (personal retribution is not persecution on account of a protected ground). Thus, Sanchez–Gonzalez's withholding of removal claim fails.

Substantial evidence also supports the agency's denial of Sanchez–Gonzalez's CAT claim because he failed to establish it is more likely than not he will be tortured by or with the consent or acquiescence of the government if returned to Mexico. *See Silaya v. Mukasey*, 524 F.3d 1066, 1073 (9th Cir. 2008).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.